# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AIDAN S., BY AND THROUGH PARENT AND NATURAL GUARDIAN CRYSTAL WINTERBOTTOM, AND CRYSTAL WINTERBOTTOM IN HER OWN RIGHT**<br><br>v.<br><br>**ARGIE FAFALIOS, SABOLD ELEMENTARY SCHOOL, AND SPRINGFIELD SCHOOL DISTRICT** | **CIVIL ACTION**<br><br>**NO. 19-256** |

## ORDER

**AND NOW,** this 14th day of February, 2020, upon consideration of Motion of Defendant, Argie Fafalios, to Dismiss Count V of the Second Amended Complaint (ECF 26) and the Response thereto (ECF 27), and for the reasons given in the accompanying Memorandum, it is hereby ORDERED that the Motion to Dismiss is GRANTED, as to all Defendants, and with prejudice.

                                                 **BY THIS COURT:**

                                                 s/ Michael M. Baylson
                                                 _____
                                                 **MICHAEL M. BAYLSON**
                                                 **United States District Court Judge**